UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ALBERTO HERNANDEZ CARBAJAL, ) | NO. CV 20-10378-JLS(E) |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | ORDER ACCEPTING FINDINGS, |
| ) | CONCLUSIONS AND RECOMMENDATIONS |
| WARDEN, ) | OF UNITED STATES MAGISTRATE JUDGE |
| ) | |
| Respondent. ) | |
| _____ ) | |

Pursuant to 28 U.S.C. section 636, the Court has reviewed the Petition, all of the records herein and the attached Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a <u>de novo</u> review of those portions of the Report and Recommendation to which any objections have been made. The Court accepts and adopts the Magistrate Judge's Report and Recommendation.

IT IS ORDERED that Respondent's Motion to Dismiss is granted and Judgment shall be entered dismissing the Petition with prejudice.

IT IS FURTHER ORDERED that the Clerk shall serve copies of this Order, the Magistrate Judge's Report and Recommendation and the Judgment herein on Petitioner and counsel for Respondent.

DATED:  June 9, 2021

_____
JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE